JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER HERNANDEZ RAMOS, | Case No. CV 13-07756-JVS (KK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DAVIS B. LONG, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: November 19, 2014

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE